**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

HENRY AKINS                                                                       PLAINTIFF

v.                                              No. 4:16CV00762 JLH

SOUTHERN GLAZER'S WINE AND
SPIRITS OF ARKANSAS, LLC                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE