# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

HENRY AKINS                                                                                          PLAINTIFF

v.                                              No. 4:16CV00762 JLH

SOUTHERN GLAZER'S WINE AND
SPIRITS OF ARKANSAS, LLC                                                                      DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 28th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE