IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HENRY AKINS, n/k/a ALI BEY                                          PLAINTIFF

vs.                             No. 4:16-cv-762 JM

SOUTHERN GLAZER'S WINE AND
SPIRITS OF ARKANSAS LLC                                             DEFENDANTS

## JUDGMENT

For the reasons stated in the order entered this day, Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED this 10th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE